# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| QUENTIN SLATER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-18-2155 |
| | § | |
| CITICOURIERS INTERNATIONAL, INC., *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL

Plaintiff's motion for voluntary dismissal (Dkt. 7) is GRANTED.  It is therefore ORDERED that all claims and causes of action brought by plaintiff against defendants are dismissed without prejudice.  All attorney's fees, costs and expenses are taxed against the party that incurred same.

All other relief not expressly granted in this order is denied.

Signed at Houston, Texas on August 2, 2018.

_____
Gray H. Miller
United States District Judge